IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.

LYONS CAPITAL LLC,
a Florida limited liability company

Plaintiff,

v.

SHIFTPIXY, INC.
a Wyoming corporation

Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant SHIFTPIXY INC., a Wyoming corporation, by serving any officer of the Defendant at its corporate office: **1 Venture, Suite 150, Irvine, CA 92618**

Each defendant is required to serve written defenses to the complaint or petition on **Jonathan D. Leinwand, P.A.** plaintiff's attorney, whose address is **20900 NE 30th Ave., 8th Floor, Aventura, FL 33180** within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on _____JUN 26 2018_____

Brenda Forman
As Clerk

By_____
As

**BRENDA D. FORMAN**

Exhibit A

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements.

You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

JONATHAN D. LEINWAND, P.A.
Attorney for Plaintiff
20900 NE 30TH AVE., 8th Floor
Aventura, FL 33180
954-903-7856
Fax: 954-252-4265

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como

"Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

JONATHAN D. LEINWAND, P.A.
Attorney for Plaintiff
20900 NE 30TH AVE., 8th Floor
Aventura, FL 33180
954-903-7856/Fax: 954-252-4265

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

JONATHAN D. LEINWAND, P.A.
Attorney for Plaintiff
20900 NE 30TH AVE., 8th Floor
Aventura, FL 33180
954-903-7856
Fax: 954-252-4265

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.

LYONS CAPITAL LLC,
a Florida limited liability company

Plaintiff,

v.

SHIFTPIXY, INC.
a Wyoming corporation


Defendant.
_____/

## **COMPLAINT**

PLAINTIFF LYONS CAPITAL LLC, by and through its undersigned counsel, sues

SHIFTPIXY, INC. and states for its Complaint:

**1.** Plaintiff Lyons Capital LLC, is a Florida limited liability company, with its principal

place of business in Boca Raton, Florida.

**2.** Defendant SHIFTPIXY, INC. is a Wyoming corporation, that is publicly traded on the

Nasdaq Market under the symbol PIXY.

**3.** Venue of this action is proper before this Court pursuant to Florida Statute Section

47.051 in that the causes of action accrued in Broward County, Florida.

**4.** This is an action for damages in exess of $15,000 exclusive of costs and attorneys and

thus this Court has jurisidction.

1

## STATEMENT OF FACTS

**5.** In the spring of 2017, Scott Absher, the chief executive officer of Defendant ShiftPixy Inc. ("**ShiftPixy**"), met with Plaintiff Lyons Capital LLC ("**Lyons**") in Florida to discuss Lyon's providing investor relations services to ShiftyPixy.

**6.** ShiftPixy had been doing road shows with investors arranged by Bear Creek Capital and in support of their offering under Regulation A of the Securities Act of 1933.

**7.** On July 12, 2017, Lyons and ShiftPixy entered into an agreement for certain investor relations services to be provided by Lyons (the "**Agreement**" attached hereto as Exhibit A).

**8.** Among the services to be provided by Lyons to ShiftPixy were:

    **a.** That ShiftPixy would present at the "Wall Street Conference" presented by Lyons to be held in Deefield Beach, Florida on February 21, 2018.

    **b.** That Scott Absher, the chief executive officer of ShiftPixy, would provide the keynote address at the Wall Street Conference (the "**Conference**") that has generally had attendance of 700 people per conference during the last eight years that it has been run by Lyons.

    **c.** That Lyons present ShiftPixy to brokers, research coverage, funds, investment banking firms, market makers, board representation, and business developments opportunities and candidates to be on the board of directors of ShiftPixy.

**9.** Lyons specifically stated in its Agreement that it would not provide any services that would require it be licensed as a broker-dealer under the Securities Exchange Act of 1934 (the

2

"**Exchange Act**"). Additionally, there were no discussions of raising capital and the Agreement called for a fixed, non-contigent fee. The main purpose of the Agreement was that ShiftPixy would attend and present at the Wall Street Conference and that ShiftPixy would be presented to other clients of Lyons giving ShiftPixy visibility in the investing community.

**10.**  ShiftPixy was obligated to issue to Lyons 210,000 shares of ShiftPixy's common stock (the "**Shares**")  pursuant to the Agreement. The Shares were to be released over 14 months, though the  Shares were earned upon execution of the Agreement.

**11.** Lyons performed under the Agreement by among other things:

> **a.**  Excluvisely advertising ShiftPixy as the event sponsor for more than four months on the Conference website.
>
> **b.**  Sending out marketing material focusing on Absher as the the keynote speaker of the Conference.
>
> **c.**  Working with three individuals at ShiftPixy's request to have them join the board of directors.

**12.** ShiftPixy supported these efforts by among other things, providing a quote from Absher that was part of release sent to Lyons' email list of thousands of business contacts acquired during his years of being an investor relations consultant, meeting with people introduced by Lyons, and providing feedback and support regarding the creation of marketing materials that were used to promote ShiftPixy's attendance at the Conference. In fact, Absher was so excited by participating in the conference and working with Lyons that he left Jason Lyons, the principal of Lyons, a voicemail stating that he should have issued Lyons all the shares at once instead of

3

over 14 months. Absher stated that he thought the stock would keep going up and the "optics" would be better to pay all at once. At that time the shares were trading for between $9 and $10 per share on the NASDAQ market, making the shares worth $2,100,000.

**13.** On November 7, 2018, Absher confirmed that ShiftPixy had commited to the Conference in an email to ICR Inc. (attached hereto as "Exhibit B"). ICR is an investor relations firm that also puts on an investor conference. The ICR conference was scheduled for January 2018, prior to the Wall Street Conference. Soon thereafter, in a phone conversation between Lyons, Absher and J. Stephen Holmes ("**Holmes**"), a major shareholder and co-founder of ShiftPixy, Absher and Holmes represented that the Shares would be issued to Lyons.

**14.** ShiftPixy attended the ICR conference that included a panel titled "The Cannabis Panel: The State of the Growing Cannabis Industry." The panel included the CEO's of MedReleaf, MedMen, Acreage Cannabis Holdings, each being companies heavily involved in the cannabis sector (see ICR Press Release Dated January 5, 2018, attached hereto as "Exhibit C")

**15.** On January 15, 2018, just 5 weeks before the conference and after conference materials had been created, the agenda set, and ShiftPixy heavily advertised as a presenter with Absher as the keynote speaker, ShiftPixy notified Lyons that it would not be attending the conference and Absher would not be speaking. Absher claimed that ShiftPixy would not attend the conference because companies in the legal cannabis business would be in attendance.

**16.** Lyons immediately began demanding payment from ShiftPixy, as ShiftPixy had not been issuing the shares on a monthly basis as required by the Agreement. ShiftPixy refused to issue the Shares.

4

**17.** After ShiftPixy abruptly canceled their attendance at the Conference and Lyons demanded payment, Absher began using abusive language towards Jason Lyons in an attempt to intimidate him into abandoning any claim for payment under the contract.

**18.** ShiftPixy, through Absher and others, threatened that Lyons would have liability for acting as a broker-dealer and otherwise violating securities laws, even though it was ShiftPixy that failed to file the Agreement as required under the Exhange Act, therby violating the federal securities laws.

**19.** ShiftPixy has not issued the Shares to Lyons.

## COUNT I – BREACH OF CONTRACT

**20.**  Plaintiff adopts and realleges paragraphs 1 through 19 as if set forth herein.

**21.** Plaintiff and Defendant entered into the Agreement on July 12, 2017.

**22.** Plaintiff performed under the Agreement.

**23.** Any action or obligation under the Agreement not peformed by Lyons was due to the actions of ShiftPixy rendering such performance impossible.

**24.** Defendant failed and refused to pay the amounts due under the Agreement; failed to attend the Conference, and failed to have its CEO be the keynote speaker at the Conference thereby breaching the Agreement.

**25.** Plaintiff was thereby damaged by Defenant.

5

JONATHAN D. LEINWAND, P.A

20900 NE 30ᵗ Ave. Eighth Floor, Aventura, Florida 33180 · Tel: (954) 903-7856 / Fax: (954) 252-4265

**WHEREFORE**, Plaintiff demands judgment against Defendant for damages, payment of amounts due under the Agreement, pre-judgment interest, costs, damages, attorneys fees and any all other relief this Court deems appropriate.

## COUNT II – QUANTUM MERUIT

**26.** Plaintiff adopts and realleges paragraphs 1 through 19 as if set forth herein.

**27.** Plaintiff and Defendant agreed that Plaintiff would provide services for a fee.

**28.** Defendant knew Plaintiff did in fact provide those services and acquiesced to the provision of such services.

**29.** Defendant was unjustly unriched by failing to pay for the services rendered.

**WHEREFORE**, Plaintiff demands judgment against Defendant for damages, pre-judgment interest, costs, damages, attorneys fees and any all other relief this Court deems appropriate.

## COUNT III – FRAUDLENT MISREPRESENTATION

**30.** Plaintiff adopts and realleges paragraphs 1 through 19 as if set forth herein.

**31.** From the time of the Agreement through January 2018, the Defendant stated that it intended to:

      **a.** Attend the Conference;

      **b.** Have its CEO provide the keynote address at the Conference; and

      **c.** Pay Plaintiff a fee for its services

6

**32.** Shortly after the execution of the Agreement in July 2017, Absher left a voicemail for Jason Lyons stating he was excited about moving forward with Lyons and that ShiftPixy should have issued the Shares due to Lyons immediately instead of over time.

**33.** On November 7, 2017, Absher confirmed in an email that ShiftPixy was working with Lyons and was attending the Conference.

**34.** In reliance on the statements made by ShiftPixy and its officers, Lyons announced ShiftPixy as an event sponsor the Conference, announced Absher as the keynote speaker of the conference, and performed other services on behalf of ShiftPixy.

**35.** Additionally, Lyons incurred costs in organizing and advertising the Conference.

**36.** However, ShiftPixy knew these statements were false and knew that Lyons would rely on these statements. In fact, ShiftPixy did not even file the Agreement with the Securities and Exhange Commission as required by the Exhange Act. ShiftPixy did not file the Agreement as it had no intention of honoring it.

**37.** By relying on the statements of ShiftPixy, Lyons performed services, expended money, made announcements and worked on behalf of ShiftPixy and was damaged thereby.

**38.** In addition to damages related to non-payment of services rendered, Lyons suffered damage to its reputation as it had to change the Conference's keynote speaker and event sponsor after extensively advertising Absher and ShiftPixy in those roles.

**WHEREFORE**, Plaintiff demands judgment against Defendant for damages, pre-judgment interest, costs, damages, attorneys fees and any all other relief this Court deems appropriate.

**Dated:  June __ , 2017**

7

Respectfully Submitted,

JONATHAN D. LEINWAND, P.A.
Attorney for Plaintiff
20900 NE 30ᵗʰ Ave., Eighth Floor
Aventura, FL 33180
Phone: (954) 903-7856
Fax:    (954) 252-4265
Email: jonathan@jdlpa.com


By:_____/s/ *Jonathan D. Leinwand*
        Jonathan D. Leinwand, Esq.
        Florida Bar No. 064076

8

EXHIBIT A


ATTACHED

9

July, 12th, 2017

Lyons Capital, LLC (Sophisticated Consulting Services)
7239 San Salvador dr.
Suite 100
Boca Raton, fl 33433
T-(561)-445-9939
F-(561)-338-0381
jason@lyonscapital.com
www.wallstconference.com

Engagement Letter: Effective Date 07/12/17

This is to confirm that Lyons Capital, LLC will be retained for consulting services and Jason
Lyons will serve as Senior advisor to the CEO set forth below, by: ShiftPixy, Inc. **(PIXY)** (or
the "Company") for a Fourteen-month term commencing on the date hereof:

Lyons Capital, LLC ("Lyons Capital" or the "Consultant") will receive 15,000 (fifteen thousand)
restricted Rule 144 shares (the "Shares") per month for the next 14 months in consideration for
Services being rendered.

Services(the "Services") rendered will include; Introductions to Brokers, Research coverage,
Funds, Investment Banking firms, Market makers, Board representation and Business
developments opportunities (collectively, the "Professionals"). Lyons Capital is not a
Broker/Dealer and will not be acting as one. Lyons Capital does not engage in web base, hype
promotion.

Lyons Capital guarantees at least an introduction to over 200 such Professionals and a premium
keynote presentation slot with an EVENT sponsorship (highest level) at the next Wall Street
Conference.

The Company undertakes and agrees to use its best efforts to remain compliant in their filings
under the Securities Exchange Act of 1934 (the "Exchange Act") and that Company counsel will
issue a Rule 144 opinion after 6 months.

The Company agrees to pay for any reasonable expenses incurred during the road show, which
include Travel, Hotel, and the hard costs for all presentations. Lunch approx.: $2,500, Dinner
approx.: $3,500.

The Shares constitute a retainer and commencement incentive and consideration now earned, due
and owing to Consultant for entering into this Agreement and allocating its professional time and
resources for the benefit of the Company during the Initial Term. The Company acknowledges that
Consultant must forego other opportunities to enter into this Agreement. As such, the Shares are
deemed irrevocably and fully-earned as of the Effective Date, and any calculation of the statutory
holding period for removal of restrictive legend under Rule 144 promulgated under the Securities
Act of 1933, shall be measured from the Effective Date of this Agreement.

1

As a condition of accepting these shares for deposit to the account of Lyons Capital LLC carried by your clearing firm, you have requested this letter which serves to confirm the authenticity of the certificates evidencing the Shares referenced above.

ShiftPixy, Inc. **(PIXY)** confirms that the above-referenced Shares are being/have been issued without encumbrance, are fully paid and non-assessable Shares and upon satisfaction of the six-month holding period set forth in Rule 144(d) will be eligible to have the restrictive legend removed and to be freely tradable. Any restrictive legend currently existing on said Share certificate, upon satisfaction of the aforementioned Rule 144(d) holding period, will be fully eligible to be lifted under the provisions of Section 4(1) of the Securities Act of 1933, as amended (the "Act") and/or Rule 144 promulgated by the Securities and Exchange Commission under the Act. Further, there is no action, proceeding or investigation pending or threatened which questions the validity of the issuance of the Shares to Lyons Capital LLC or any of the forgoing representations.

ShiftPixy, Inc. **(PIXY)** hereby acknowledges that for purposes of settling the contemplated sale transaction by Lyons Capital LLC that ShiftPixy, Inc. **(PIXY)** has no claims pending that would adversely affect the settlement of any sale transaction engaged in by Lyons capital LLC. ShiftPixy, Inc. **(PIXY)** further acknowledges and agrees that there is no other agreement or understanding between Lyons Capital LLC and ShiftPixy, Inc. **(PIXY)** that would preclude Lyons Capital LLC from selling or otherwise disposing of Shares represented above.

We look forward to working with you.

/s/

Jason S. Lyons
Chairman, Lyons Capital LLC

Agreed to and Accepted by
ShiftPixy, Inc. **(PIXY)**, by:

/s/

Scott Absher - CEO

**From:** Scott Absher <scott.absher@shiftpixy.com>
**Date:** November 7, 2017 at 12:51:27 PM EST
**To:** Vance Edelson <Vance.Edelson@icrinc.com>, Jason Lyons <jason@lyonscapital.com>
**Subject: RE: Wall Street Conference 2018**

Vance,

I have made a commitment to Jason's conference back in June that we want to keep. Jason has been a big fan of the Company and we want to support the conference.

Can we get ICR and Jason connected to maybe working on the messaging for ShiftPixy's participation?

I have ccd Jason on this message to allow you guys to exchange introductions.

Scott

EXHIBIT C


ATTACHED

# ICR ANNOUNCES SCHEDULE AND PANELS FOR ITS 20th ANNUAL CONFERENCE

NEWS. 01/05/18

New York, NY – January 5, 2018 – ICR, a leading strategic communications and advisory firm serving over 550 private and public company clients, today announced the schedule for its 2018 conference taking place at the Grand Lakes Resort in Orlando, Florida January 8-10.

The annual growth company event will commence with public company presentations on Monday, January 8th and Tuesday, January 9th followed by private company presentations on Wednesday, January 10th. A comprehensive conference schedule, including public and private company presentations and breakout sessions, can be found by visiting www.icrconference.com.

"For the past 20 years our conference has served as the most comprehensive forum for exchanging knowledge and insights on corporate strategy and industry trends for the year ahead," said Tom Ryan, Chief Executive Officer, ICR. "The event has grown exponentially since its inaugural year in 1998 and we are proud to have assembled a record number of management presentations over a three-day period. Additionally, this year's panels and keynote speakers will offer a timely analysis, insight and substantive discussion points on some of the most pivotal business topics in the coming year."

The ICR Conference agenda will look closely at big picture trends and changes that are taking place. In addition to a world class three-day

conference program comprising more than 160 company presentations, the
event will feature several collaborative panels which will cover a variety of
thought-provoking industry hot topics, including restaurant technology and
labor, delivery solutions, the growing cannabis industry, and the retail
industry. The topics and panelists are as follows:

**Disruption in Restaurant Technology: Hear from tech leaders on
how they are evolving to stay ahead of restaurant needs**

In the ever-changing restaurant industry, operators are vying for traffic and
seeking out new technology to get ahead of the competition. Hear from the
companies behind the technology that are bringing greater efficiency and new
ideas to the business. The executives will speak to how they are changing the
game and even reinventing their own business models.

- Moderator: Fred LeFranc, Chaos Strategist, Results Thru Strategy
- HotSchedules, David Cantu, Co-founder, Chief Customer Officer
- SimplyPaid by Green Dot, Chris Ruppel, GM
- Xenial (Formerly Heartland Commerce), Christopher Sebes, President
- LevelUp, Christina Dorobek, Chief Sales Officer

**The Delivery Revolution Panel: Hear from leading e-commerce
companies who are bringing convenience to consumers' front
door**

With consumers craving convenience in all facets of their life, foodservice
delivery has become a booming industry with a race to bring food directly to
consumers' doorsteps.  Hear from Amazon Restaurants and Olo on their
partnership to deliver favorite restaurant brands to your table, and from
HelloFresh on the meal delivery business for the at-home chef.

- Moderator: Anton Nicholas, Managing Partner, ICR

- Olo, Noah Glass, Founder & CEO
- Amazon Restaurants, Gus Lopez, General Manager

**The Cannabis Panel: The State of the Growing Cannabis Industry**

The North American Cannabis market generated nearly $7 billion of retail sales in 2016 and is estimated to be growing at a 25% CAGR. As the legalization trend spreads state by state across the US for both medical and recreational use, the outlook for growth is robust, and the sector is attracting significant investment. While the US public equity markets have yet to be active in the sector, the Canadian equity markets are fertile with a rapid pace of new issues and capital raising activity. The Cannabis panel will leverage experience across publicly traded and private cannabis companies, private equity and the financial media to address the development of the market, consumer trends, key industry developments and how the financial markets are participating in the growth of the industry.

- Moderator: Vivien Azer, Managing Director and Senior Research Analyst Specializing in the Beverage, Tobacco, and Cannabis Sectors, Cowen
- MedReleaf, Neil Closner, CEO
- MedMen, Adam Bierman, CEO
- Acreage Cannabis Holdings, Kevin Murphy, CEO
- Green Market Report, Debra Borchardt, Co-Founder, CEO and Editor-In-Chief

**Retail Panel: Mastering Multi-Channel Distribution in 2018: How to seamlessly navigate consumer connections across physical & digital channels**

2017 was a year of dramatic change, as both retail and CPG brands were forced to adapt to a new reality, one where demanding consumers transcend across digital, mobile and physical channels, with greater brand expectations

and purchasing options at their fingertips every day. Hear from leading retail and CPG CEOs on the importance of multi-channel distribution; creating authentic consumer connections across platforms and finding a balance between our digital and physical worlds.

- Moderator: Anton Nicholas, Managing Partner, ICR
- The Honest Company, Nick Vlahos, CEO
- l.f. Beauty, Tarang Amin, Chairman & CEO
- Purple Innovation, Sam Bernards, CEO
- Helen of Troy, Julien Mininberg, CEO

For more information and to stay updated on the ICR Conference, please visit www.icrconference.com or download the free conference mobile app on your iPhone, Android, Blackberry, Windows Mobile and other devices. Follow the ICR Conference on Twitter at @ICRPR and join the conversation using the #ICR2018 and #ICRConference hashtags.

**About The ICR Conference**

The ICR Conference is a unique platform where public and private company management teams, institutional investors, sell-side research analysts, investment bankers, private equity professionals and select media connect and network with one another as the year begins. The event is one of the largest investment conferences of the year, featuring presentations by more than 160 public and private companies, with attendance regularly exceeding 2,300. For more information please visit http://www.icrconference.com.

**About ICR**

Established in 1998, ICR partners with companies to optimize transactions and execute strategic communications programs that achieve business goals, build credibility and enhance long-term enterprise value. The firm's highly

differentiated service model, which pairs capital markets veterans with senior communications professionals, brings deep sector knowledge and relationships to more than 550 clients in approximately 20 industries. Today, ICR is one of the largest and most experienced independent communications and advisory firms in North America maintaining offices in New York, Norwalk, Boston, San Francisco and Beijing.

Learn more at www.icrinc.com.  Follow us on Twitter at @ICRPR.

Media Contact:

Julia Young / Christine Beggan

pr@icrconference.com

203-682-8200