UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CV-61717-RKA

LYONS CAPITAL LLC,

        Plaintiff,

vs.

SHIFTPIXY, INC., et al.,

        Defendants.
_____/

## MEDIATOR'S FINAL REPORT

PLEASE TAKE NOTICE that the above-referenced action was mediated before the undersigned on April 11, 2019, pursuant to the Court's Order of Reference to Mediation [DE 7].

The Court should take further notice of the following:

1. All parties or authorized representatives of the parties and their counsel appeared in person.

2. As previously reported, the undersigned adjourned the mediation in an effort to facilitate further settlement discussions.

3. The undersigned is now pleased to report that this case has SETTLED. Counsel for the parties will be filing a stipulation for dismissal later this week.

Respectfully submitted,

s/ Howard A. Tescher
Howard A. Tescher
Fla. Bar No. 0509183
TESCHER MEDIATION GROUP, INC.
401 E. Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
(954) 236-9600 Telephone
(954) 236-9700 Fax
e-mail: htescher@teschermediation.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Mediator's Report was electronically filed on May 5, 2019, using the CM/ECF system.

/s/ Howard A. Tescher
HOWARD A. TESCHER